ZACH COWAN, City Attorney, SBN 96372
SAVITH IYENGAR, Deputy City Attorney, SBN 96372
siyengar@ci.berkeley.ca.us
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.:  (510) 981-6998
FAX.:  (510) 981-6960

Attorneys for Defendant City of Berkeley

DAVID W. TROTTER, SBN 97121
david.trotter@dtrotterlaw.com
LAW OFFICES OF DAVID W. TROTTER
119 Allen Court
Moraga, CA 94556
Telephone:   (925) 876-1503

Attorneys for Plaintiffs OPHCA, LLC,
Clifford Orloff and Olga Orloff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPHCA, LLC, a California limited liability company; CLIFFORD ORLOFF, an individual; and OLGA ORLOFF, an individual,<br><br>             Plaintiffs,<br><br>     vs.<br><br>CITY OF BERKELEY,<br><br>             Defendant. | NO.  4:16-cv-03046-KAW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND REGARDING HEARING DATE |

**RECITALS**

1.     On June 6, 2016, plaintiffs OPHCA, LLC, Clifford Orloff and Olga Orloff ("Plaintiffs") filed a complaint against defendant City of Berkeley ("City").

2.     Given the unavailability of counsel for the City and counsel for Plaintiffs in June and August, respectively, the parties have agreed to the instant stipulation.

3.     The first part of this stipulation extends the City's time to answer or otherwise respond to the complaint, and will not alter the dates fixed thus far by the Court's Order Setting

1  Initial Case Management Conference and ADR Deadlines, dated June 7, 2016.  Accordingly, this
2  part of the stipulation may be made without a Court order under Northern District Rule 6-1(a).
3       4.     The second part of this stipulation requires a Court order under Northern District
4  Rules 6-1(b) and 6-2.  The parties respectfully request that, if the City files a Rule 12(b) motion
5  in response to Plaintiffs' complaint, the Court allow the City to select a hearing date no earlier
6  than August 29, 2016.
7       5.     The third part of this stipulation is made under Northern District Rule 6-1(a) and
8  simply memorializes the parties' agreement that, if the City seeks to file a motion that would
9  create a deadline for Plaintiffs to respond between July 31, 2016 and August 29, 2016, the parties
10 will meet and confer at that time regarding obtaining a further stipulation and proposed order to
11 change time.
12      6.     There have been no previous time modifications in this case.
13      7.     Pursuant to this Court's standing order, this stipulation will be submitted by email
14 to kawpo@cand.uscourts.gov as a word processing attachment on the same day the document is
15 e-filed.

26 ///
27 ///
28 ///

**STIPULATION**

The parties stipulate as follows:

1. The City shall answer or otherwise respond to Plaintiffs' complaint by July 15, 2016.
2. If the City files a Rule 12(b) motion in response to Plaintiffs' complaint, the motion will be heard no earlier than August 29, 2016.
3. If the City seeks to file a motion that would create a deadline for Plaintiffs to respond between July 31, 2016 and August 29, 2016, the parties will meet and confer at that time regarding obtaining a further stipulation and proposed order to change time.

Dated:  June 15, 2016                    By:   s/ Savith Iyengar
                                               Savith Iyengar, Deputy City Attorney

                                         *Attorney for Defendant City of Berkeley*

Dated:  June 15, 2016                    By:  **s/ David W. Trotter
                                               David W. Trotter

                                         *Attorney for Plaintiffs OPHCA, LLC,
                                         Clifford Orloff and Olga Orloff*

                                         ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/16/16                          _____
                                         KANDIS A. WESTMORE
                                         UNITED STATES MAGISTRATE JUDGE