1  DAVID W. TROTTER (# 97121)
   LAW OFFICES OF DAVID W. TROTTER
2  119 Allen Court
   Moraga, California  94556
3  Telephone: (925) 876-1503
   Email: david.trotter@dtrotterlaw.com
4
   MICHAEL P. CONNOLLY (# 238478)
5  LAW OFFICES OF MICHAEL P. CONNOLLY
   1839 Ygnacio Valley Road, #180
6  Walnut Creek, California  94598
   Telephone:  (925) 589-0632
7  Email:  michael@mpconnollylaw.com

8  Attorney for Plaintiffs OPHCA, LLC,
   Clifford Orloff and Olga Orloff
9

10 ZACH COWAN, City Attorney, SBN 96372
   SAVITH IYENGAR, Deputy City Attorney, SBN 268342
11 siyengar@ci.berkeley.ca.us
   BERKELEY CITY ATTORNEY'S OFFICE
12 2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
13 TEL.:  (510) 981-6998
   FAX.:  (510) 981-6960
14
   Attorneys for Defendant CITY OF BERKELEY
15

16
                    UNITED STATES DISTRICT COURT
17
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
                         SAN FRANCISCO DIVISION
19

20 | OPHCA, LLC, a California limited liability company; CLIFFORD ORLOFF, an individual; and OLGA ORLOFF, an individual, | Case No.  16-cv-03046-CRB |

Plaintiffs,

**STIPULATION AND ORDER CONFIRMING PARTIES' SELECTION OF JUDGE W. SCOTT SNOWDEN (RET.) TO SERVE AS MEDIATOR**

vs.

Date:  September 2, 2016
Time:  10:00 a.m.
Courtroom:  6, 17th Floor

THE CITY OF BERKELEY,

Defendant.

Before the Honorable Charles R. Breyer

---

1

STIPULATION AND [PROPOSED ORDER CONFIRMING PARTIES' SELECTION OF JUDGE W, SCOTT SNOWDEN (RET.) TO SERVE AS MEDIATOR – Case No. 16-cv-03046-CRB

Plaintiffs OPHCA, LLC, Clifford Orloff and Olga Orloff ("Plaintiffs") and Defendant City of Berkeley ("Defendant"), by and through their respective attorneys of record, hereby stipulate as follows:

1. On August 16, 2016, Plaintiffs and Defendant (collectively, "the parties") filed a Stipulation and [Proposed] Order Selecting ADR Process (Dkt. 30), in which they selected mediation pursuant to ADR Local Rule 6. By Order dated August 19, 2016 and filed on August 23, 2016 (Dkt. 38), the Court ordered the parties to complete mediation pursuant to ADR Local Rule 6 by December 31, 2016.

2. Thereafter, counsel for the parties met and conferred concerning the selection of a mutually agreeable mediator, and expressed a desire to have a retired judge serve as the mediator in this case. On September 15, 2016, the parties agreed to engage the services of the Honorable W. Scott Snowden (Ret.) of JAMS to serve as mediator, and to participate in mediation before Judge Snowden on November 18, 2016. The parties thereafter each signed the standard JAMS Engagement Agreement formally retaining Judge Snowden to serve as mediator in this matter.

3. On September 29, 2016, the ADR Case Administrator of the Court notified counsel for the parties that attorney John F. Barg has been appointed and assigned to serve as the mediator in this case (Dkt. 42).

4. By this Stipulation, the parties wish to confirm their preference and selection of Judge Snowden serve as the mediator in this case, and jointly request that the Court enter the [Proposed] Order set forth below approving the selection of Judge Snowden as mediator.

///
///
///
///
///
///
///
///

2

STIPULATION AND [PROPOSED] ORDER CONFIRMING PARTIES' SELECTION OF JUDGE W, SCOTT SNOWDEN (RET.) TO SERVE AS MEDIATOR – Case No. 16-cv-03046-CRB

IT IS SO <u>STIPULATED</u>.

Dated:  October 4, 2016     LAW OFFICES OF DAVID W. TROTTER


              /s/ David W. Trotter
              DAVID W. TROTTER
              Attorney for Plaintiffs


Dated:  October 4, 2016     **   /s/ Savith Iyengar
              ZACH COWAN, City Attorney
              SAVITH IYENGAR, Deputy City Attorney
              Attorneys for Defendant

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic signatory has obtained this signatory's approval.

# **ORDER**

The Court, having duly considered the foregoing Stipulation of the parties seeking to confirm their selection of the Hon. W. Scott Snowden (Ret.) of JAMS to serve as the mediator in this case, and good cause otherwise appearing therefor, hereby ORDERS as follows:

Pursuant to ADR Local Rule 6, the Court hereby confirms the appointment of the Hon. W. Scott Snowden (Ret.) to serve as the mediator in this case.  The previous Notice of Appointment of John F. Bard to serve as mediator (Dkt. 42) is VACATED.  The parties shall complete mediation by December 31, 2016.

IT IS SO <u>ORDERED</u>.

Dated:  October 11, 2016

              CHARLES R. BREYER
              United States District Judge

3

STIPULATION AND [PROPOSED ORDER CONFIRMING PARTIES' SELECTION OF JUDGE W, SCOTT SNOWDEN (RET.) TO SERVE AS MEDIATOR – Case No. 16-cv-03046-CRB