1 NAVI SINGH DHILLON (CA SBN 279537)
E-mail: NDhillon@mofo.com
2 MORRISON & FOERSTER LLP
425 Market Street
3 San Francisco, California 94105-2482
Telephone: 415.268.7000
4 Facsimile: 415.268.7522

5 Attorneys for Plaintiffs
OPHCA, LLC, CLIFFORD ORLOFF,
6 and OLGA ORLOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPHCA, LLC, a California Limited Liability Company, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BERKELEY,<br><br>Defendant. | Case No. 3:16-cv-03046-CRB<br><br>**RULE 41 STIPULATION TO DISMISS ENTIRE ACTION: ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 (17th Floor) |

Pursuant to Federal Rule of Civil Procedure 41, the undersigned parties hereby stipulate as follows:

WHEREAS, in February 2017, Plaintiffs filed a related action in the California Superior Court, County of Alameda: *OPHCA, LLC vs. City of Berkeley*, Case No. RG17850595 (State Court Action);

WHEREAS, on November 29, 2017, the California Superior Court entered judgment in the State Court Action and that judgment resolves the claims in this action;

WHEREAS, the parties have agreed to dismiss this action in light of the resolution reached in the State Court Action;

WHEREAS, no party shall be entitled to recover fees or costs based on the dismissal of this action;

NOW, THEREFORE, the undersigned parties ask that the Court dismiss Plaintiffs' complaint with prejudice.

Respectfully submitted,

Dated: December 12, 2017           MORRISON & FOERSTER LLP

By:    */s/ Navi Singh Dhillon*
       NAVI SINGH DHILLON

Attorneys for Plaintiffs
OPHCA, LLC, CLIFFORD ORLOFF, and OLGA ORLOFF

Dated: December 12, 2017

By: <u>*/s/ Farimah Brown*</u>
Farimah Brown
CITY ATTORNEY

Attorney for Defendant
CITY OF BERKELEY

Date: December 14, 2017



**ECF ATTESTATION**

I, Navi Singh Dhillon, hereby attest that Farimah Brown concurs in this filing. This attestation is made pursuant to Civil Local Rule 5-1.